IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE HILL**                                                                                                 **PETITIONER**

v.                         **NO. 4:22-cv-01081-BRW**

**DOES, DEXTER PAYNE,**                                **RESPONDENTS**
**and ASA HUTCHINSON**

**ORDER**

I have received findings and a recommendation (Doc. No. 5) from United States Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court approves and adopts the recommendation in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Jessie Hill is DISMISSED sua sponte, but without prejudice, so that he can seek and obtain authorization to file his petition from the United States Court of Appeals for the Eighth Circuit.

All requested relief is denied, and judgment will be entered for the respondents. In accordance with Rule 11(a) of the Rules Governing § 2254 Cases in the United States District Courts, a certificate of appealability is also denied.

Mr. Hill's motion for order (Doc. No. 6) is DENIED.

IT IS SO ORDERED this 11th day of January, 2023.

                                                   Billy Roy Wilson\_
                                               UNITED STATES DISTRICT JUDGE