IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE HILL**  PETITIONER

v.  NO. 4:22-cv-01081-BRW

**DOES, DEXTER PAYNE,**  RESPONDENTS
**and ASA HUTCHINSON**

## JUDGMENT

Consistent with the Order entered today, judgment is entered for the respondents.

IT IS SO ORDERED this 11th day of January, 2023.


        Billy Roy Wilson\_
        UNITED STATES DISTRICT JUDGE